# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| DR. WILLIAM P. GRESS, on behalf of plaintiff and the class members defined herein, | ) ) ) ) | |
| Plaintiff, | ) ) | 20 C 4279 |
| v. | ) ) | Judge Norgle |
| | ) | Magistrate Judge Cox |
| VERTICAL PLUS MRI OF AMERICA, LLC, SERIES 1 (HAZEL CREST, IL), and JOHN DOES 1-10, | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff Dr. William P. Gress and Defendant Vertical Plus MRI of America, LLC, Series 1 (Hazel Crest, IL), respectfully inform the Court that the parties have reached an individual settlement in this matter and anticipate filing a stipulation of dismissal by November 30, 2020. The parties request that all pending deadlines are stayed.

Respectfully submitted,

s/ Heather Kolbus
Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

/s/Benjamin B. Kelly (w/ consent)
Benjamin Kelly
VRDOLYAK LAW GROUP, LLC
100 N. Riverside, Ste. 2400
Chicago, IL 60606
(312) 482-8200
(312) 482-9656 (FAX)

## CERTIFICATE OF SERVICE

     I, Heather Kolbus, hereby certify that on October 28, 2020, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system, which caused notice via email to be sent to the following:

     Benjamin Kelly - bkelly@vrdolyak.com
     VRDOLYAK LAW GROUP, LLC
     100 N. Riverside, Ste. 2400
     Chicago, IL 60606

                                           s/Heather Kolbus
                                           Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)