**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DR. WILLIAM P. GRESS, on behalf of plaintiff and the class members defined herein, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | 20 C 4279 |
| | ) | |
| v. | ) | Judge Norgle |
| | ) | Magistrate Judge Cox |
| VERTICAL PLUS MRI OF AMERICA, LLC, SERIES 1 (HAZEL CREST, IL), and JOHN DOES 1-10, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**<u>STIPULATION OF DISMISSAL</u>**

Plaintiff Dr. William P. Gress ("Plaintiff") and Defendant Vertical Plus MRI of America, LLC, Series 1 (Hazel Crest, IL) ("Defendant"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to the dismissal of Plaintiff's individual claims against Defendant with prejudice and without costs. Plaintiff dismisses his class claims against Defendant without prejudice and without costs. Plaintiff dismisses his claims against defendant John Does 1-10 without prejudice and without costs.

Respectfully submitted,

s/ Heather Kolbus
Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

s/ Benjamin Kelly (w/ consent)
Benjamin Kelly
VRDOLYAK LAW GROUP, LLC
100 N. Riverside, Ste. 2400
Chicago, IL 60606
(312) 482-8200
(312) 482-9656 (FAX)

## <u>CERTIFICATE OF SERVICE</u>

       I, Heather Kolbus, hereby certify that on December 30, 2020, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system, which caused notice via email to be sent to the following:

       Benjamin Kelly - <u>bkelly@vrdolyak.com</u>
       VRDOLYAK LAW GROUP, LLC
       100 N. Riverside, Ste. 2400
       Chicago, IL 60606

                             <u>s/Heather Kolbus</u>
                             Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
     & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)